IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAY 20 2016

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 14-46-BLG-SPW |
| Plaintiff/Respondent, | CV 16-16-BLG-SPW |
| vs. | ORDER |
| GUY GEORGE PARENTEAU, | |
| Defendant/Movant. | |

On February 26, 2016, Defendant/Movant Parenteau filed a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. On May 19, 2016, Parenteau notified the Court that he wished to withdraw his motion.

Accordingly, IT IS HEREBY ORDERED that Parenteau's motion under 28 U.S.C. § 2255 (Doc. 34) is DISMISSED as withdrawn. A certificate of appealability is DENIED as reasonable jurists would find no basis for further proceedings. The clerk shall close the civil case file by entering, by separate document, a judgment of dismissal.

DATED this 20th day of May, 2016.

Susan P. Watters
United States District Court